FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 10 2007 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EUSEBIO HUESCA,

          Plaintiff,

   -against-

TRINITY LUTHERAN CHURCH,

          Defendant.
-----------------------------------------------------------X

**ORDER**
06-CV-5498 (NG)(LB)

**GERSHON, United States District Judge:**

No objections having been filed, the unopposed Report and Recommendation of Magistrate Judge Bloom is hereby adopted in its entirety. By order dated June 14, 2007, Judge Bloom ordered *pro se* plaintiff Eusebio Huesca to show cause by July 6, 2007 why he failed to appear at the June 14th conference and rescheduled the conference for July 19, 2007. Plaintiff was advised that if he failed to show cause by July 6th why he failed to appear, or if he failed to timely appear at the July 19th conference, his case would be dismissed for failure to comply with the court's orders and failure to appear at court conferences. Accordingly, this action is dismissed with prejudice pursuant to Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure.

SO ORDERED.
s/NG
NINA GERSHON
United States District Judge

Dated: Sept. 6, 2007
       Brooklyn, New York