UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EUSEBIO HUESCA,

             Plaintiff,

  -against-

TRINITY LUTHERAN CHURCH,

             Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 5498 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:
★ SEP 1 2 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Nina Gershon, United States District Judge, having been filed on September 10, 2007, adopting the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated July 14, 2007; and dismissing the action with prejudice pursuant to Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the unopposed Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; and that the action is dismissed with prejudice pursuant to Rule 37(b)(2)(C)of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       September 11, 2007

                                               s/ RCH
                                      ROBERT C. HEINEMANN
                                      Clerk of Court